Salah Khatib, Esq. (SBN 330359)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Eslam Abdelrahman**<br><br>             Plaintiff,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Santa Ana Field Office; Trung Vo,** Director of the Santa Ana Field Office; **Kristi Noem**, Secretary, Department of Homeland Security; **Kika Scott**, Senior Official Performing the duties of Director, U.S. Citizenship and Immigration Services;<br><br>             Defendants. | Case No.:<br><br>COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

# INTRODUCTION

1. This action is brought by Plaintiff Eslam Abdelrahman by and through his attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to adjudicate an N-400 Application for Naturalization which had an interview at the Defendant Santa Ana Field Office on November 1, 2024 and which was successfully concluded and still has not received a decision.

2. On June 10, 2024, Plaintiff Eslam Abdelrahman filed an N-400 Application for Naturalization. (**Exhibit A- N-400 Application for Naturalization receipt notice**).

3. Subsequent to filing the N-400 Application for Naturalization, on June 10, 2024, the Plaintiff was instructed to appear at the Defendant Santa Ana Field Office on November 1, 2024, for the required personal interview. (**Exhibit B – Appointment Notice**)

4. Plaintiff did appear at the designated location on the specific date and time and completed the personal interview and was not told that he had to return or to provide additional information, rather, the interview was successfully concluded.   (**Exhibit C - Naturalization Interview Results**).

5. Since the date of the personal interview, Plaintiff has not received any further information as to when a decision will be made on his N-400 Application for Naturalization, therefore Plaintiff has no way of knowing how much longer he will be required to wait for a decision.  It has already been over five months since his personal interview and there is no indication whatsoever that a decision on his application is forthcoming.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

6. Defendants have violated the Administrative Procedures Act ("APA") by failing to adjudicate an N-400 Application for Naturalization. Plaintiff seeks to compel Defendants, through a writ of mandamus, to promptly adjudicate the pending N-400 Application for Naturalization.

**PARTIES**

7. Plaintiff ESLAM ABDELRAHMAN is a US lawful permanent resident and filed an N-400 Application for Naturalization on June 10, 2024.

8. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the Santa Ana Field Office, and officers named as defendants in this complaint.

9. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the Santa Ana Field Office and officers named as defendants in this Complaint.

10. Defendant SANTA ANA FIELD OFFICE (hereinafter "Santa Ana Field Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's naturalization application.

11. Defendant TRUNG VO (hereinafter "Director Vo") is the director of the Santa Ana Field office. This suit is brought against Director Vo in his official capacity, as he is charged

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

overseeing the adjudication of the asylum applications at the Santa Ana Field Office in a timely manner, and ensuring the efficiency of the officers employed.

12. Defendant KRISTI NOEM (hereinafter "Secretary Noem") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Noem in her official capacity, as she is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

13. Defendant KIKA SCOTT (hereinafter "Senior Official Scott") is the Senior Official Performing the Duties of Director of USCIS, the Agency charged with adjudicating Plaintiff's naturalization application. This suit is brought against Senior Official Scott in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

## JURISDICTION

14. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff suffered a legal wrong and continues to suffer because of the Defendants' failure to act upon the pending Naturalization application for indefinite periods of time.

15. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

16. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

## VENUE

17. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff resides in Irvine, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

**18.** Plaintiff has no administrative remedies. Since November 1, 2024, Plaintiff Eslam Abdelrahman has received no correspondence or communications whatsoever from Defendant Santa Ana Field Office about how much longer he will have to wait for the pending

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

naturalization application to be adjudicated. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

19. Plaintiff Eslam Abdelrahman filed an N400 Application for Naturalization on June 10, 2024.

20. Since he had his required personal interview on November 1, 2024, Plaintiff Eslam Abdelrahman has not received any indication from the Defendant Santa Ana Field Office of when his naturalization application will be adjudicated. Plaintiff Eslam Abdelrahman therefore has no way of knowing how much longer the adjudication process will take.

21. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

22. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

23. Defendants have a statutory duty to adjudicate naturalization applications within 120 days of the date of the naturalization interview pursuant to 8 CFR 335.3(a). It has been over five months since Plaintiff Eslam Abdelrahman had his naturalization interview and he still has not yet received a decision on his case.

24. Plaintiff has no adequate remedy at law, and will continue to suffer irreparable harm if the naturalization application is not promptly adjudicated.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiff's claim in this action is clear and certain. Plaintiff realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and adjudicate the pending naturalization application.

30. As a result of Defendants' failure to perform their duties, Plaintiff has suffered, is suffering, and will continue to suffer irreparable harm. Specifically:

Plaintiff has been irreparably damaged from the fear of not knowing what will happen with the naturalization case for over five months. Plaintiff Eslam Abdelrahman has been constantly hoping to have his case adjudicated so that his case could then be completed and he could move on with his life. Because of the long wait and unknowing, Plaintiff is enduring significant psychological damage.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Eslam Abdelrahman's N400

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to Plaintiff's case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Eslam Abdelrahman's naturalization application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34. Plaintiff Eslam Abdelrahman has attempted to learn about the status of his pending naturalization application, all to no avail. Only the Santa Ana Field Office is able to make decisions on adjudicating a naturalization application, leaving no adequate remedy. Accordingly, Plaintiff has been forced to pursue the instant action.

## **PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a. Accept jurisdiction and maintain continuing jurisdiction of this action;

    b. Declare as unlawful the violation by Defendants of failing to act on a properly filed N-400 Application for Naturalization;

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Eslam Abdelrahman's N-400 application by timely adjudicating his case;

e.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

f.  Grant such other relief at law and in equity as justice may require.

Dated this 8th day of April , 2025        Respectfully Submitted,

/s/ Salah Khatib

Salah Khatib, Esq.
Counsel for Plaintiff

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 9

# LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS

## ABDELRAHMAN v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.

| Exhibit | Description | Page |
|---|---|---|
| A | I-797 C Receipt Notice | 1 |
| B | I-797C Appointment Notice | 2 |
| B | Naturalization Interview Results | 3 |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 10

# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0926235662 | 071162284198 | N400 - APPLICATION FOR NATURALIZATION |
| **Received Date** | **Priority Date** | **Applicant** A215 571 417 |
| 06/10/2024 | | ABDELRAHMAN, ESLAM KAMIL ALI |
| **Notice Date** | **Page** | |
| 06/14/2024 | 1 of 1 | |

ABDELRAHMAN, ESLAM KAMIL ALI
c/o ABUSHARAR, AKRAM
ABUSHARAR AND ASSOCIATES
501 N BROOKHURST ST STE 202
ANAHEIM CA 92801

**Notice Type:** Receipt Notice
**Received Amount:** $ 760.00 U.S.
Paid

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS Contact Center using the phone number below.

**Next Steps:**

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

Filing the Form N-400 provides an automatic extension of your Form I-551, Permanent Resident Card (also known as a Green Card). This notice, presented along with your expired Permanent Resident Card, is evidence of your lawful permanent resident status for 24 months from the "Card Expires" date indicated on your Permanent Resident Card.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC.
If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the USCIS Contact Center.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

For more information and to find study materials for the naturalization test, visit the Citizenship Resource Center at uscis.gov/citizenship.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland Park KS 66225

USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information. Form I-797C 10/13/21

**EXHIBIT B**

| Department of Homeland Security | | Form I-797C, Notice of Action |
|---|---|---|
| U.S. Citizenship and Immigration Services | | |



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>IOE0926235662 | USCIS Online Account Number<br>009809445109 | Case Type<br>N400 - APPLICATION FOR NATURALIZATION |
|---|---|---|
| Received Date<br>06/10/2024 | Priority Date | Applicant A215 571 417<br>ABDELRAHMAN, ESLAM KAMIL ALI |
| Notice Date<br>09/27/2024 | Page<br>1 of 1 | |

ESLAM KAMIL ALI ABDELRAHMAN
c/o AKRAM ABUSHARAR
ABUSHARAR AND ASSOCIATES
501 N BROOKHURST ST STE 202
ANAHEIM  CA  92801

**Please come to:**

34 CIVIC CENTER PLAZA (on Santa Ana Blvd & Parton St)
Second Floor - Room 2031
SANTA ANA, CA  92701
USA

**On (Date):** Friday, November 01, 2024
**At (Time):** 02:35PM

Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application. (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability. For more information and to find study materials for the naturalization test, visit the Citizenship Resource Center at uscis.gov/citizenship.

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card ("green card").
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at as soon as possible, **even if you indicated on your application that you require an accommodation.**

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

| SANTA ANA CA FIELD OFFICE<br>U.S. CITIZENSHIP & IMMIGRATION SVC<br>34 CIVIC CENTER PLAZA<br>SANTA ANA CA 92701 | A Number<br> | Receipt Number<br> |
|---|---|---|
| USCIS Contact Center: www.uscis.gov/contactcenter | | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C  10/13/21

# EXHIBIT C



# Naturalization Interview Results

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

USCIS
Form N-652

A-Number ▶ A- 215571417

On  11/01/2024  , you were interviewed by USCIS officer _____

- ☒ You passed the English test and the U.S. history and government test.
- ☐ You passed the U.S. history and government test and you are exempt from the English language requirement.
- ☐ USCIS granted your request for a disability exception. The requirement to demonstrate English language ability and/or knowledge of U.S. history and government is waived.
- ☐ You will have another opportunity to be tested on your ability to  ☐ speak  ☐ read  ☐ write  ☐ understand English.
- ☐ You will have another opportunity to be tested on your knowledge of U.S. history and government.
- ☐ You did not pass the second and final test of your  ☐ English ability  ☐ knowledge of U.S. history and government. USCIS will not reschedule you for another interview for your Form N-400. USCIS will send you a written decision about your application.
- ☐ Follow the instructions on Form N-14, Request for Additional Information, Documents, or Forms.
- ☒ USCIS will send you a written decision about your application.

A) ☐ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified of when and where to report for your naturalization ceremony.

B) ☒ **A decision cannot be made yet about your application.**

**It is very important that you:**

1. Notify USCIS if you change your address.
2. Attend any scheduled interview.
3. Submit all requested documents.
4. Send any questions about your application in writing to the officer named above. Include your full legal name, Alien Registration Number (A-Number), and a copy of your Form N-652.
5. Attend your scheduled Oath Ceremony. Dress in proper attire to respect the dignity of this event (for example, do not wear jeans, shorts or flip flops).
6. Notify USCIS as soon as possible in writing if you cannot attend your scheduled interview or Oath Ceremony. Include a copy of the scheduling notice.

**NOTE:** Be advised that under section 336 of the Immigration and Nationality Act (INA), you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

3

Form N-652  03/12/15 N                                                                                              Page 1 of 1